■ Louis KAMEN, Appellant, v. EVA J. HALL et al., Respondents.— In a negligence action to recover damages for personal injuries sustained when an automobile owned by defendant Hall and operated by defendant Jarmon, struck the rear of plaintiff's car, which was at a standstill at the moment of impact, plaintiff appeals from so much of an order of the Supreme Court, Rockland County, dated January 3, 1961, as denies his motion for summary judgment, pursuant to rule 113 of the Rules of Civil Practice. The order as printed in the record inadvertently bears the date January 3, "1960." Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ ARTHUR A. LACHER, Respondent, v. PRIME PAPER CORP. et al., Appellants.— In an action to recover sales commissions, defendants appeal from so much of an order of the Supreme Court, Kings County, dated December 6, 1960, as denies their motion, made pursuant to section 181 of the Civil Practice Act and rule 156 of the Rules of Civil Practice, to dismiss the second amended complaint for lack of prosecution. Order insofar as appealed from affirmed, without costs. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.